

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Joan  Gottlieb  Mendell v. Laurence Scott and Rachel Chaput

Appellate case number:   01-20-00578-CV

Trial court case number: 475348

Trial court:             Probate Court No 1 of Harris County

  Appellant's Unopposed Second Motion to Extend Time to File Appellant's Reply Brief is GRANTED. Appellant's reply brief is due April 11, 2022.

  It is so ORDERED.

Judge's signature: /s Amparo Guerra
      Acting individually

Date: March 29, 2022